KFS LAW <kfslawfirm@gmail.com>

# Grant v. Imperatrice, 16-cv-1449: Court Rules & Orders
1 message

**KFS LAW** <kfslawfirm@gmail.com>     Wed, Jun 1, 2016 at 4:09 PM
To: "Bridge, Matthew (Law)" <mbridge@law.nyc.gov>

Hello Mr. Bridge:

Per the Court's order please find attached a copy of (1) the Court's scheduling order of today, 6-1-16, and (2) a copy of Judge Furman's individual Rules for Civil cases.

Sincerely,

**Kenneth F. Smith**
The Law Offices of Kenneth F. Smith, PLLC
16 Court Street, Suite 2901
Brooklyn, NY 11241
Tel: (646) 450-9929
Fax: (646) 514-4524
www.kfslawfirm.com

***************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at mail@kfslawfirm.com and immediately delete this message and its attachments from your system.

---

**2 attachments**

 **Initial order 6-1-16.pdf**
131K

 **Furman Civil Individual Practices 2-4-2016.pdf**
67K